McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEBORAH GWEN ORREY,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-CR-0065-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 22, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 22, 2020 at 9:15 a.m. At the time the hearing was set, the parties overlooked the exclusion of time, and the Court made no such finding.

2. By this stipulation, the parties now jointly move to exclude time between May 6, 2020 and September 22, 2020, under Local Code T4.

3. The parties request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes over 6,000 pages of reports and related documents in electronic form. All of this discovery has been either produced or will be produced directly to counsel for defendant and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)  Counsel for defendant desires additional time to review the current charges, review and copy discovery for this matter, conduct investigation and research related to the charges, consult with her client, and discuss potential resolutions with her client.

c)  Counsel for defendant believes that failure to grant the above-requested exclusion of time would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  Based on the above-stated findings, the ends of justice served by excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2020 to September 22, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from status conference set outside of the Speedy Trial period, at defendant's request, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/
/
/
/
/
/
/
/
/
/
/
/
/

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

/

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 26, 2020              McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ TANYA B. SYED
                                 TANYA B. SYED
                                 Assistant United States Attorney

Dated: May 26, 2020              /s/ MEGAN HOPKINS
                                 MEGAN HOPKINS
                                 Counsel for Defendant
                                 DEBORAH GWEN ORREY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of May, 2020.

                                 /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3