McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>DEBORAH GWEN ORREY,<br><br>                    Defendant. | CASE NO.  2:20-CR-0065-JAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: September 22, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 22, 2020.

2. By this stipulation, the parties now jointly move to continue the status conference until October 27, 2020, and to exclude time between September 22, 2020, and October 27, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 6,000 pages of reports and related documents in electronic form. All of this discovery has been produced directly to counsel for defendant and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review the current charges,

STIPULATION TO CONTINUE STATUS CONFERENCE            1

continue to review and copy discovery for this matter, continue to conduct investigation and research related to the charges, continue to consult with her client, and continue to discuss potential resolutions with her client.

    c)    Counsel for defendant believes that failure to grant the above-requested exclusion of time would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    Based on the above-stated findings, the ends of justice served by excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2020 to October 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from status conference set outside of the Speedy Trial period, at defendant's request, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/
/
/
/
/
/
/
/
/
/
/
/
/

STIPULATION TO CONTINUE STATUS CONFERENCE      2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 9, 2020          McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ TANYA B. SYED
                                    TANYA B. SYED
                                    Assistant United States Attorney


Dated:  September 9, 2020          /s/ MEGAN HOPKINS
                                    MEGAN HOPKINS
                                    Counsel for Defendant
                                    DEBORAH GWEN ORREY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of September, 2020.

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURTJUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE          3