McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0065-JAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | DATE: January 26, 2021 |
| DEBORAH GWEN ORREY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 26, 2021.

2.      By this stipulation, the parties now jointly move to continue the status conference until February 9, 2021, and to exclude time between January 26, 2021, and February 9, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 6,000 pages of reports and related documents in electronic form. All of this discovery has been produced directly to counsel for defendant and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the current charges,

continue to review and copy discovery for this matter, continue to conduct investigation and research related to the charges, continue to consult with her client, and continue to discuss potential resolutions with her client.

c)      Counsel for defendant believes that failure to grant the above-requested exclusion of time would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2021 to February 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from status conference set outside of the Speedy Trial period, at defendant's request, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/
/
/
/
/
/
/
/
/
/
/
/
/

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 22, 2021                          McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ TANYA B. SYED
                                                  TANYA B. SYED
                                                  Assistant United States Attorney


Dated:  January 22, 2021                          /s/ MEGAN HOPKINS
                                                  MEGAN HOPKINS
                                                  Counsel for Defendant
                                                  DEBORAH GWEN ORREY



## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of January, 2021.


                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE