HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0065-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: June 8, 2021 |
| DEBORAH GWEN ORREY, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting United States Attorney, through Tanya Syed, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for May 18, 2021 be continued to **June 8, 2021 at 9:30 a.m.**

This modification is requested to provide additional time for defense counsel to obtain Ms. Orrey and her husband's medical records and provide them to the probation officer for consideration and inclusion in the preparation of the presentence report.

///

///

///

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | April 20, 2021 |
| Informal Objections to Presentence Report Due: | May 4, 2021 |
| Presentence Report Due: | May 11, 2021 |
| Formal Objections to Presentence Report Due: | May 25, 2021 |
| Reply or Statement of Non-Opposition Due: | June 1, 2021 |
| Judgment and Sentencing: | June 8, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2021      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DEBORAH GWEN ORREY


Date: March 30, 2021      PHILLIP TALBERT
Acting United States Attorney

*/s/Tanya Syed*
TANYA SYED
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

DATED: March 31, 2021                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE