```
1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN # 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   DEBORAH GWEN ORREY
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-0065-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **TO CONTINUE SENTENCING HEARING** |
| vs. | ) |
|  | ) Date: August 24, 2021 |
| DEBORAH GWEN ORREY, | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip Talbert, Acting United States Attorney, through Tanya Syed, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for June 8, 2021 be continued to **August 24, 2021 at 9:30 a.m.**

This modification is requested to provide additional time for defense counsel to obtain Ms. Orrey and her husband's medical records, investigate and resolve a purportedly outstanding warrant, and address any outstanding sentencing issues with the government prior to the deadline for objections and corrections to the PSR.

///

///

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | July 20, 2021 |
| Presentence Report Due: | July 27, 2021 |
| Formal Objections to Presentence Report Due: | August 10, 2021 |
| Reply or Statement of Non-Opposition Due: | August 17, 2021 |
| Judgment and Sentencing: | August 24, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 3, 2021

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DEBORAH GWEN ORREY

Date: May 3, 2021

PHILLIP TALBERT
Acting United States Attorney

*/s/Tanya Syed*
TANYA SYED
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **Sentencing is hereby continued to August 24, 2021 at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED:  May 4, 2021                                        /s/ John A. Mendez
                                                                         THE HONORABLE JOHN A. MENDEZ
                                                                         UNITED STATES DISTRICT COURT JUDGE