HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-0065-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE SENTENCING HEARING** |
| vs. | ) |
| | ) Date: December 7, 2021 |
| DEBORAH GWEN ORREY, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Tanya Syed, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for August 24, 2021 be continued to **December 7, 2021 at 9:30 a.m.**

This modification is requested to provide additional time for defense counsel to obtain Ms. Orrey's medical records, investigate and resolve a purportedly outstanding warrant, and address any outstanding sentencing issues with the government prior to the deadline for objections and corrections to the PSR.

/ / /

/ / /

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | October 19, 2021 |
| Presentence Report Due: | November 2, 2021 |
| Formal Objections to Presentence Report Due: | November 16, 2021 |
| Reply or Statement of Non-Opposition Due: | November 23, 2021 |
| Judgment and Sentencing: | December 7, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 26, 2021

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DEBORAH GWEN ORREY

Date: July 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/Tanya Syed
TANYA SYED
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **Sentencing is hereby continued to December 7, 2021 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated:  July 27, 2021                                              /s/ John A. Mendez
                                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                                   UNITED STATES DISTRICT COURT JUDGE