HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH GWEN ORREY,<br><br>Defendant. | Case No. 2:20-cr-0065-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date:  March 22, 2022<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, and Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Denise Yasinow, Attorney for Plaintiff, and, that the sentencing hearing currently set for December 7, 2021 be continued to **March 22, 2022 at 9:30 a.m.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defense counsel represents that Ms. Orrey is working to schedule a necessary operation relating to uterine cancer, and will need additional time for the surgery and recovery prior to proceeding to sentencing in this matter. Additionally, the requested continuance will provide defense counsel sufficient time to obtain Ms. Orrey's most up-to-date medical records and address any outstanding sentencing issues.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 17, 2021

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DEBORAH GWEN ORREY

Date: November 17, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/Denise Yasinow
DENISE YASINOW
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **Sentencing is hereby continued to March 22, 2022 at 9:30 a.m.**

**IT IS SO ORDERED.**

Date: November 17, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE