HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0065-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date:  May 10, 2022 |
| DEBORAH GWEN ORREY, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Denise Yasinow, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for March 22, 2022 be continued to **May 10, 2022 at 9:30 a.m.**

Both Ms. Orrey and her husband, for whom she is the sole care provider, contracted COVID-19 in February, and have not yet fully recovered. Furthermore, tragically, Ms. Orrey's mother-in-law has had multiple strokes over the past two weeks, and Ms. Orrey's brother was recently hospitalized for seizures and is currently non-responsive. As a result, Ms. Orrey approached the government and probation officer for a continuance of the sentencing hearing to allow her some additional time to focus on the immediate needs of her family. The government

and probation officer have agreed to a continuance to May 10, 2022, so that Ms. Orrey can address the medical needs of her family, as well as her own.  The parties do not intend to seek any further continuances in this matter, and will be prepared to proceed to sentencing on May 10, 2022.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 10, 2022

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DEBORAH GWEN ORREY

Date: March 10, 2022

PHILLIP A. TALBERT
United States Attorney

/s/Denise Yasinow
DENISE YASINOW
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **Sentencing is hereby continued to May 10, 2022 at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: March 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE