HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH GWEN ORREY,<br><br>Defendant. | Case No. 2:20-cr-0065-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date:   June 28, 2022<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Denise Yasinow, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for May 10, 2022, be continued to **June 28, 2022 at 9:30 a.m.**

Ms. Orrey has been seriously injured by a series of dog bites and is receiving ongoing wound care out-of-state.  At this time, she is unable to drive back to her home in Anderson, CA or attend the upcoming in-person sentencing hearing on May 10, 2022.  The government and probation officer, having received and reviewed the medical documentation pertaining to Ms. Orrey's medical condition, have agreed to a continuance to June 28, 2022, so that Ms. Orrey can address her medical needs and return to California following her recovery.  The parties do not

1 | intend to seek any further continuances in this matter, and will be prepared to proceed to
2 | sentencing on June 28, 2022.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 29, 2022        /s/ Megan T. Hopkins
                            MEGAN T. HOPKINS
                            Assistant Federal Defender
                            Attorney for Defendant
                            DEBORAH GWEN ORREY

Date: April 29, 2022        PHILLIP A. TALBERT
                            United States Attorney

                            /s/Denise Yasinow
                            DENISE YASINOW
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety.

**Sentencing is hereby continued to June 28, 2022 at 9:30 a.m.**

**IT IS SO ORDERED.**

Date: April 29, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE