HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0065-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date:  October 4, 2022 |
| DEBORAH GWEN ORREY, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Denise Yasinow, Attorney for Plaintiff, and Heather Williams, Federal

Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant

Deborah Gwen Orrey, that the sentencing hearing currently set for June 28, 2022, be continued

to **October 4, 2022, at 9:30 a.m.**

Ms. Orrey has been seriously injured by a series of dog bites and is receiving ongoing

wound care out-of-state. As of June 20, 2022, Ms. Orrey has begun an 8-week regimen of

hyperbaric treatment because her wound has thus far been resistant to all antibiotic treatments,

has formed cellulitis, and is at risk of sepsis.  At this time, she is unable to drive back to her

home in Anderson, CA or attend the upcoming in-person sentencing hearing on June 28, 2022.

The government and probation officer, having received and reviewed the medical documentation

1   pertaining to Ms. Orrey's current medical condition, have agreed to a continuance to October 4,

2   2022, so that Ms. Orrey can address her medical needs and return to California following her

3   recovery.

4

5                                                        Respectfully submitted,

6                                                        HEATHER E. WILLIAMS
                                                         Federal Defender
7   Date: June 21, 2022                                  /s/  Megan T. Hopkins
8                                                        MEGAN T. HOPKINS
                                                         Assistant Federal Defender
9                                                        Attorney for Defendant
10                                                       DEBORAH GWEN ORREY

11
    Date: June 21, 2022                                  PHILLIP A. TALBERT
12                                                       United States Attorney

13                                                       /s/Denise Yasinow
14                                                       DENISE YASINOW
                                                         Assistant U.S. Attorney
15                                                       Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety.

4  **Sentencing is hereby continued to October 4, 2022, at 9:30 a.m.**

5  **IT IS SO ORDERED.**

6

7  Date:  June 21, 2022                                    /s/ John A. Mendez

8                                                          THE HONORABLE JOHN A. MENDEZ
                                                           UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28