HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-0065-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | Date: February 28, 2023 |
| DEBORAH GWEN ORREY, | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Denise Yasinow, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for October 4, 2022, be continued to **February 28, 2023, at 9:00 a.m.**

Ms. Orrey has been seriously injured by a series of dog bites and is receiving ongoing wound care out-of-state. In June of this year, Ms. Orrey began an 8-week regimen of hyperbaric treatment because her wound had thus far been resistant to all antibiotic treatments, had formed cellulitis, and was at risk of sepsis. Since that time, her condition has worsened. Ms. Orrey has increasing cellulitis, her leg is severely swollen, and she has formed a blood clot that requires constant elevation of the leg. According to Ms. Orrey's most recent medical records, as of

September 22, 2022, she is "restricted from any driving or travel until infection and blood clot are resolved. Medi transport has been ordered for [Ms. Orrey] on weekly basis for all clinic appointments."[1] Given her condition, Ms. Orrey is unable to drive back to her home in Anderson, CA or attend the upcoming in-person sentencing hearing on October 4, 2022. The government and probation officer, having received and reviewed the medical documentation pertaining to Ms. Orrey's current medical condition, have agreed to a continuance to February 28, 2023, so that Ms. Orrey can address her medical needs and return to California following her recovery.

If Ms. Orrey recovers more quickly than anticipated and is able to return home sooner, the parties will advise the Court and seek to advance the sentencing hearing to the soonest possible date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 27, 2022          /s/ Megan T. Hopkins
                                  MEGAN T. HOPKINS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DEBORAH GWEN ORREY


Date: September 27, 2022          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/Denise Yasinow
                                  DENISE YASINOW
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

---

[1] Medical record provided to both government counsel and probation on September 26, 2022.

Stipulation and Order to Continue Sentencing Hearing    -2-    *United States v. Orrey,* 2:20-cr-0065-JAM

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety.

**Sentencing is hereby continued to February 28, 2023, at 9:00 a.m.**

**IT IS SO ORDERED.**

Date:  September 27, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE