HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEBORAH GWEN ORREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0065-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: August 29, 2023 |
| DEBORAH GWEN ORREY, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Denise Yasinow, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Deborah Gwen Orrey, that the sentencing hearing currently set for February 28, 2023, be continued to **August 29, 2023, at 9:00 a.m.**

Defense counsel represents that Ms. Orrey has been seriously injured by a series of dog bites and continues to receive ongoing wound care out-of-state. In June of 2022, Ms. Orrey began an 8-week regimen of hyperbaric treatment because her wound had thus far been resistant to all antibiotic treatments, had formed cellulitis, and was at risk of sepsis. In September of 2022, defense counsel received an update from her care provider that Ms. Orrey's condition was considerably worse and that she was at that time at risk of losing her leg altogether. Since that

time, her condition has somewhat improved, however Ms. Orrey continues to require care. Ms. Orrey continues to suffer from cellulitis and is being treated for a blood clot that requires elevation of the leg 60% of the time.

According to the most recent letter from the clinic treating Ms. Orrey, as of January 31, 2023, they believe "[i]t is still not medically safe for Ms. Orrey to fly or drive, except for short trips by medical transport…" and her long-term prognosis "if [her wound care clinic] can continue to treat the wound and the edma successfully, as well as dissolve the blood clot in her leg, is now 18 to 24 months." The physician's assistant "anticipate[s] additional surgeries and skin grafts at a later stage in her recovery…"[1]

Defense counsel represents that, given her condition, Ms. Orrey must remain in Idaho for ongoing treatment of her injury, which includes weekly visits to the wound clinic and home health care twice weekly, in addition to daily changes of her wound dressing. She is not medically cleared to fly or drive back to her home in Anderson, CA or attend the upcoming in-person sentencing hearing on February 28, 2023. It is the understanding of the parties that the Court intends to proceed with sentencing in this matter in-person at such time as Ms. Orrey can safely make the appearance, and is not inclined to accommodate a remote hearing by video teleconference in the interim.

The government and probation officer, having received and reviewed the documentation pertaining to Ms. Orrey's current medical condition, have agreed to a continuance to August 29, 2023, so that Ms. Orrey can address her medical needs and return to California once she is sufficiently recovered.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Clinic's Letter provided to both government counsel and probation on February 1, 2023.

Stipulation and Order to Continue Sentencing Hearing     -2-     *United States v. Orrey,* 2:20-cr-0065-JAM

If Ms. Orrey recovers more quickly than anticipated and is able to return home sooner, defense counsel will advise the Court and seek to advance the sentencing hearing to the soonest possible date. If Ms. Orrey's condition requires her to remain in Idaho through the next hearing date, the parties will confer regarding a further continuance, as necessary.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: February 2, 2023                /s/ Megan T. Hopkins
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DEBORAH GWEN ORREY


Date: February 2, 2023                PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/Denise Yasinow
                                        DENISE YASINOW
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety.

**Sentencing is hereby continued to August 29, 2023, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  February 3, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE