PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEBORAH GWEN ORREY,<br><br>                    Defendant. | CASE NO. 2:20-cr-00065-JAM<br><br>**STIPULATION AND ORDER CONTINUING J&S**<br><br>DATE: October 31, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, and defendant, Deborah Gwen Orrey, by and through her counsel of record, hereby stipulate as follows:

1. Defendant's judgment and sentencing hearing was scheduled for August 29, 2023. Due to defendant's non-appearance at that hearing, the government moved the Court to revoke pretrial release and issue a no bail bench warrant. The Court so ordered. ECF 57.

2. Due to the time it took to locate and arrest the defendant, the Court continued the hearing to September 12, then September 26, and then October 31, 2023. ECF 57-60.

3. Ms. Orrey was recently arrested in Idaho and is set to make an initial appearance on October 24, 2023. *See U.S. v Orrey*, 2:23-mj-00246-CWD-1 (D. Idaho).

4. The parties expect the defendant to remain detained and transported forthwith to this District. Since the defendant is unlikely to be transported in time for the current October 31 hearing, the parties now stipulate and move to continue the judgment and sentencing in this matter to November 14,

2023, at 9:00 am.

IT IS SO STIPULATED.

Dated:  October 23, 2023        PHILLIP A. TALBERT
                                United States Attorney

                                /s/ DENISE N. YASINOW
                                DENISE N. YASINOW
                                Assistant United States
                                Attorney


Dated:  October 23, 2023        /s/ PETER KMETO
                                Counsel for Defendant
                                Deborah Gwen Orrey


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 23, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE