1 PHILLIP A. TALBERT
United States Attorney
2 DENISE N. YASINOW
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-00065-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| DEBORAH GWEN ORREY, | DATE: November 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, Deborah Gwen Orrey, by and through her counsel of record, hereby stipulate as follows:

1. Defendant's judgment and sentencing hearing was scheduled for August 29, 2023. Due to defendant's non-appearance at that hearing, the government moved the Court to revoke pretrial release and issue a no bail bench warrant. The Court so ordered. ECF 57.

2. Due to the time it took to locate and arrest the defendant, the Court continued the hearing to September 12, then September 26, then October 31, and then November 14, 2023. ECF 57-62.

3. Ms. Orrey was recently arrested in Idaho. On October 30, 2023, she was ordered detained and to be transported to this District. *See U.S. v Orrey*, 2:23-mj-00246-CWD-1 (D. Idaho), ECF 10.

4. Since the defendant is unlikely to be transported in time for the current November 14 hearing, the parties now stipulate and move to continue the judgment and sentencing in this matter to

STIPULATION AND ORDER CONTINUING J&S      1

**December 12, 2023, at 9:00 am**.

IT IS SO STIPULATED.

Dated:  November 2, 2023				PHILLIP A. TALBERT
						United States Attorney

						/s/ DENISE N. YASINOW
						DENISE N. YASINOW
						Assistant United States Attorney

Dated:  November 2, 2023				/s/ PETER KMETO
						Counsel for Defendant
						Deborah Gwen Orrey

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 03, 2023			/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE